IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:08cr00033-003 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALPHEUS SPENCER ADAMS, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |
| | ) | |

Before me is the outstanding issue of the forfeiture of Defendant's property and the entry of a money judgment against the Defendant in favor of the United States. For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that the Government's request for entry of the proposed Order of Forfeiture is **GRANTED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 24th day of June, 2009.

        s/Jackson L. Kiser
        Senior United States District Judge